IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUDGE EDWARD J. DZORD;<br>CLERK OF COURT,,<br><br>    Defendants. | No. C 15-2479 WHA (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff is a California prisoner incarcerated at the Atascadero State Hospital who filed this pro se civil rights action against a federal judge and court clerk located in Sacramento, California, for charging him a filing fee in two federal habeas cases.  As defendants are located in the Eastern District of California and the actions complained of took place there, the proper venue for this case is the Eastern District.  *See* 28 U.S.C. 1391.  Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. 1404(a), 1406(a).  The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: June   9  , 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE